☙JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ATF/BPD |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ | Case No. 17-10181 |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name   ANDRE PARHAM-RANKIN                Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   ANDRE PARHAM

Address   (City & State)  Roxbury, MA

Birth date (Yr only): 1996   SSN (last4#): 5895   Sex M   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   John A. Wortmann, Jr.                Bar Number if applicable   534680

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   June 14, 2017        Signature of AUSA:   _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRE PARHAM-RANKIN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 841(a)(1) & 860 | Distribution of cocaine base within 1000 feet of a school | 1 |
| Set 2 | 21 USC § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____